IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA CHAPPELL and RESCUE DOGS ROCK ANIMAL RESCUE, INC.<br><br>               Plaintiff,<br><br>  v.<br><br>THE HORSHAM TOWNSHIP POLICE DEPARTMENT, et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 16-2650 |

**ORDER**

**AND NOW**, this 20th day of November 2018, in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. Nos. 55, 59, 60) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.